# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEFFERY STADEN

NO. 2025 KW 0773

**NOVEMBER 17, 2025**

---

In Re: Jeffery Staden, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-10-0403.

---

**BEFORE: MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's application for postconviction relief on December 10, 2024. According to the district court's ruling on relator's application for postconviction relief, the court denied relator's application after considering the state's response, the applicable law, the record, and the commissioner's recommendation.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT